UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Nordonia Hills City School District Board of Education, et al., | ) ) CASE NO. 5:16CV1973 |
| Plaintiffs, | ) ) JUDGE JOHN R. ADAMS |
| -vs- | ) ) ) ORDER |
| Jason D. Wallace, et al., | ) ) ) |
| Defendants. | ) |

The parties appeared before the Court for a case management conference on December 15, 2016.  At that time, Defendants had not provided initial disclosures to Plaintiiffs, asserting that this matter was exempt from the initial disclosure requirement.  As a result, the Court continued the CMC to **December 22, 2016 at 10:00 a.m.**  By no later than 5 p.m. on December 21, 2016, Plaintiffs shall submit a document reflecting the costs incurred related to their attendance on December 15, 2016.  In addition, by that same deadline, Defendants shall show cause why they should not be required to pay those costs.

IT IS SO ORDERED.


Dated:  December 16, 2016                          */s/ John R. Adams*_____
                                                                            JOHN R. ADAMS
                                                                            UNITED STATES DISTRICT JUDGE