IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NORDONIA HILLS CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.* | )<br>) CASE NO. 5:16-CV-1973<br>)<br>) JUDGE JOHN R. ADAMS |
| Plaintiffs, | ) |
| v. | )<br>) |
| JASON D. WALLACE, *et al.*, | )<br>) |
| Defendants. | ) |

**PLAINTIFFS' 45-DAY STATUS REPORT**

Now come Plaintiffs, Nordonia Hills City School District Board of Education ("Board" or "District") and Hylant Administrative Services, LLC d/b/a HAS Claims Service ("Hylant") (Board and Hylant collectively, "Plaintiffs"), by and through their undersigned counsel, and hereby submit this Status Report pursuant to the Court's Order issued during the December 22, 2016 Case Management Conference.

*1.   Discovery Occurring During the Reporting Period.*

None.

*2.   Settlement Discussions Occurring During the Reporting Period.*

None.

*3.   Motions Filed or Pending During the Reporting Period.*

Briefing relative to the following motions is complete, and the parties await the Court's decision(s) relative to the same:

➢ Plaintiffs' *Motion for Summary Judgment and Memorandum in Support* (ECF #88);

- Defendants' *Motion for Summary Judgment and Memorandum in Support* (ECF #89); and

- Plaintiffs' *Motion to Strike Exhibits Cited in Defendants' Joint Motion for Summary Judgment That Were Not Admitted Into Evidence in the Underlying Administrative Proceedings* (ECF # 99).

**4.** *Developments Giving Rise to Schedule Modification.*

No modifications are believed to be necessary at this time.

\*     \*     \*     \*     \*     \*

Plaintiffs will submit their next 45-Day Status Report in accordance with the Court's Order issued during the December 22, 2016 Case Management Conference.

Respectfully submitted,

  */s/ Sara Ravas Cooper*
Christina Henagen Peer (Reg. No. 0071579)
   Email: cpeer@walterhav.com
   Direct Dial: 216-928-2918
Kathryn I. Perrico (Reg. No. 0076565)
    Email:  kperrico@walterhav.com
    Direct Dial: 216-928-2948
Sara Ravas Cooper (Reg. No. 0076543)
   Email: scooper@walterhav.com
   Direct Dial: 216-928-2898
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH  44114
(216) 781-1212 telephone
(216) 575-0911 facsimile

*Attorneys for Plaintiffs,*
*Nordonia Hills City School District*
*Board of Education and Hylant Administrative*
*Services LLC d/b/a HAS Claims Service*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Plaintiffs' 45-Day Status Report* has been filed this 26th day of October, 2018, through the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                 */s/ Sara Ravas Cooper*
                                                 Sara Ravas Cooper